

FILED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MORRIS J. WARREN,

    Petitioner,

v.

TROY WILLIAMSON,

    Respondent.

Civil Action No. 08 0119

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the petition for a writ of habeas corpus is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                            /s/
                                          United States District Judge

Date: January 17, 2008