# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| No. 08-5039 | September Term 2007 |
| | 08cv00119 |
| | Filed On: March 19, 2008 [1106635] |

Morris J. Warren,

    Appellant

v.

Troy Williamson, Warden, U.S.P. Lewisburg,

    Appellee

### O R D E R

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

            BY:    /s/
                      Elizabeth V. Scott
                      Deputy Clerk