UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Morris J. Warren,           )
                            )
       Petitioner,          )
                            )
v.                          )    Civil Action No. 08-119 (UNA)
                            )
Troy Williamson, Warden,    )
                            )
       Respondent.          )
                            )

### ORDER

Plaintiff has filed a motion under Federal Rule of Civil Procedure 60 for relief from the dismissal of his petition for habeas corpus relief. The motion will be denied.

Plaintiff has shown no grounds for granting relief from the Order. *See* Fed. R. Civ. P. 60(b). The petition was dismissed without prejudice because this Court lacks subject matter jurisdiction to entertain the petition. Plaintiff's motion for reconsideration presents no information or argument that establishes subject matter jurisdiction in this Court. Accordingly, it is hereby

ORDERED that the plaintiff's motion for relief from the order dismissing the complaint is DENIED.

Date: 8/14/08

_____
United States District Judge